# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Harris, et al., | No. CV-21-00615-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Chicanos Por La Causa Incorporated, | |
| Defendant. | |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 23).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 26th day of July, 2022.

Dominic W. Lanza
United States District Judge